# Order

Michigan Supreme Court
Lansing, Michigan

January 10, 2007

131778

HIGHLAND PARK POLICEMEN
& FIREMEN RETIREMENT SYSTEM,
  Plaintiff/Counter-
  Defendant-Appellee,

and

HIGHLAND PARK RETIRED
POLICE & FIREMEN ASSOCIATION,
  Intervening Plaintiff,

and

CHARLES HARPER,
  Intervening
  Plaintiff-Appellant,

v

CITY OF HIGHLAND PARK,
HIGHLAND PARK FINANCE
DIRECTOR, HIGHLAND PARK
TREASURER, HIGHLAND
PARK CITY CLERK, and
HIGHLAND PARK CITY
COUNSEL,
  Defendants-Appellees,

and

HIGHLAND PARK EMERGENCY
FINANCIAL MANAGER,
  Defendant/Counter-
  Plaintiff-Appellee.

_____/

SC: 131778
COA: 252424
Wayne CC: 02-242359-CZ

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

Clerk